# W. H. BARBER AGENCY COMPANY v. NORTHERN PACIFIC RAILWAY COMPANY.[1]

June 11, 1915.

Nos. 19,210—(123).

**Finding sustained by evidence.**
> The finding of the trial court that a certain agreement between the parties to the action was not made, sustained. [Reporter.]

Action in the municipal court of Minneapolis to recover $172.13. The case was tried before Bardwell, J., who made findings and dismissed the action. From an order denying its motion for a new trial, plaintiff appealed. Affirmed.

[1] Reported in 152 N. W. 1103.

*Louis A. Hubachek* and *A. X. Schall, Jr.,* for appellant.
*C. W. Bunn* and *D. R. Frost,* for respondent.

PER CURIAM.

The claim of the plaintiff is that in 1908 there was shipped to it at Minneapolis over the defendant railway one carload of oil; that the packages within which the oil was contained were broken and in a leaky condition; that it refused to accept the car, and that the defendant promised it, if it would accept the car and pay the freight, to pay it for all oil that had leaked from the packages and for the cost of cooperage.

The whole issue was whether such an agreement was made between the plaintiff and the defendant. The court found that it was not. We cannot say that its finding is not sustained by the evidence.

Order affirmed.